UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

WILLIE HOOD, III                                     CIVIL ACTION

VERSUS                                               NO. 10-4343

RAMONA MONIQUE SMITH, ET AL.                         SECTION: "B"(1)

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

IT IS ORDERED that plaintiff's federal *habeas corpus* claims are **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies.

IT IS FURTHER ORDERED that plaintiff's 42 U.S.C. § 1983 claims against Ramona Monique Smith, the St. Tammany Parish Sheriff's Office, Sheriff Rodney J. Strain, Jr., "St. Tammany Parish Justice Center Division J," Judge Knight, District Attorney Walter Reed, and Michael Capdeboss are **DISMISSED WITH PREJUDICE** as frivolous, for failing to state a claim on which relief may be granted, and/or for seeking monetary damages against a defendant who is immune from such relief.

IT IS FURTHER ORDERED that plaintiff's claims against Deputy Mark J. Oster are **STAYED** and that the Clerk of Court be directed to

mark this action **CLOSED** for statistical purposes.

**IT IS FURTHER ORDERED** that the Court retains jurisdiction and that the case will be restored to the trial docket upon plaintiff's motion once his state criminal proceedings are concluded, so that the claims against Deputy Mark J. Oster may proceed to final disposition.

New Orleans, Louisiana, this 1st day of February, 2011.

UNITED STATES DISTRICT JUDGE